The Honorable Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MUKUL VERMA,<br><br>　　　　　　Defendant. | Case No. 3:24-cv-05885-TMC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO SEAL |

  This matter comes before the Court on Plaintiffs' Motion to Seal the unredacted versions of (1) Exhibit B to the Complaint, Declaration of Dr. Eddie Wang (Dkt. No. 1-4); and (2) Ex Parte Motion for an Emergency Temporary Restraining Order to Provide Involuntary Hydration (Dkt. No. 2).

  The Court finds that there are compelling reasons to seal the unredacted versions of the Declaration of Eddie Wang and the Motion for an Emergency Temporary Restraining Order. The unredacted versions contain Defendant Verma's confidential medical information. The redacted, publicly-filed versions provide sufficient information for the public to understand the nature of the case, the position of the parties, the factual and legal issues at stake, and the

reasons for the Court's decisions. The interest in the public in accessing court records thus does not outweigh Verma's privacy interest in confidential medical information.  Having considered the papers submitted herewith, it is hereby: ORDERED that Plaintiff's Motion to Seal is GRANTED.

Dated this 18th day of October, 2024.

_____
TIFFANY M. CARTWRIGHT
United States District Judge

Presented by:

TESSA M. GORMAN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3824
Fax:    (253) 428-3826
Email:  michelle.lambert@usdoj.gov

*Attorneys for Plaintiff*