UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MUKUL VERMA,<br><br>　　　　　　　Defendant. | Case No. 3:24-cv-05885<br><br>ORDER TO THE MOTION TO TERMINATE TEMPORARY RESTRAINING ORDER TO PROVIDE INVOLUNTARY MEDICAL TREATMENT |

　　　　Having considered the record, the Court grants the Government's Motion to Terminate the Temporary Restraining Order to Provide Involuntary Medical Treatment. Dkt. No. 7. The Government avers that Mukul Verma has demonstrated adequate caloric intake and has been taken off hunger strike protocol. Wang Decl., ¶ 6. As a result, the requested mandatory injunctive relief is no longer medically necessary.

　　　　It is further ordered that the hearing set for November 1, 2024 at 10:30 am is cancelled.

　　　　The clerk shall close the case.

//

//

//

ORDER TO THE MOTION TO TERMINATE TEMPORARY RESTRAINING ORDER TO PROVIDE INVOLUNTARY MEDICAL TREATMENT - 1

1  SO ORDERED.

2  Dated this 23th day of October, 2024.

3

4  _____
   Tiffany M. Cartwright
5  United States District Judge

ORDER TO THE MOTION TO TERMINATE TEMPORARY RESTRAINING ORDER TO PROVIDE INVOLUNTARY MEDICAL TREATMENT - 2